513 A.2d 390

**Howard William POLING**

**v.**

**Ted HALLER, Individually and as Personal Representative of the Estate of Becky G. Neal, Heather Michelle Neal and Marion Haller, and State Workmen's Insurance Fund, a/k/a State Worker's Ins. Fund.**

**Petition of Ted HALLER, Individually and as Personal Representative of the Estate of Becky G. Neal, Heather Michelle Neal and Marion Haller.**

Supreme Court of Pennsylvania.

Aug. 7, 1986.

Petition for Allowance of Appeal GRANTED, No. 57 W.D. Appeal Docket, 1986.